No. 759. GAMBLE, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Elden McFarland* and *Ike·*

*Lanier* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, Warren F. Wattles,* and *Lee A. Jackson* for respondent.

